# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUSTIN LANCE,<br><br>    *Plaintiff*,<br><br>v.<br><br>1. BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY, OKLA.<br>2. CHRIS MORRIS, Sheriff of Pittsburg County, Okla. in his official capacity<br>3. MIKE SMEAD, in his individual capacity,<br>4. DAKOTA MORGAN, in his individual capacity,<br>5. EDWARD MORGAN, in his individual capacity,<br>6. STEPHEN SPARKS, in his individual capacity,<br>7. MCALESTER REGIONAL HEALTH CENTER AUTHORITY, d/b/a McAlester Regional Hosptal,<br>8. GARY R. LEE, M.D.,<br>9. JOEL KERNS, former sheriff of Pittsburg County, in his individual capacity, and<br>10. DANIEL HARPER, in his individual capacity,<br><br>    *Defendants*. | Case No. CIV-17-378-RAW |

## **JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Orders entered contemporaneously herewith and the stipulation of dismissal without prejudice of Dr. Lee filed on March 11, 2019, the court hereby enters this judgment dismissing this action. The claims against Dr. Lee are dismissed without prejudice. The remainder of the claims are dismissed with prejudice.

**IT IS SO ORDERED** this 20th day of September, 2019.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**