# UNITED STATES DISTRICT COURT FOR
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    DUSTIN LANCE, <br><br>              Plaintiff, <br><br> v. <br><br> (2)    BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY, OKLA., *et al*. <br><br>              Defendants. | Case No.: CIV-17-378-RAW |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Dustin Lance appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Opinion and Order (Doc. #209) and Judgment (Doc. #210) entered in this action on September 20, 2019, in which the Court granted the Motions for Summary Judgment of Defendants Chris Morris in his official capacity, Joel Kerns in his individual capacity, Edward Morgan, Dakota Morgan, Mike Smead, Stephen Sparks, and Daniel Harper.

                                             Respectfully submitted,

                                             BRYAN & TERRILL

                                             s/J. Spencer Bryan
                                             Steven J. Terrill, OBA #20869
                                             J. Spencer Bryan, OBA #19419
                                             BRYAN & TERRILL LAW
                                             3015 E. Skelly Dr., Suite 400

Tulsa, OK 74105<br>
T/F: (918) 935-2777<br>
jsbryan@bryanterrill.com<br>
<em>Attorneys for Plaintiff</em>

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I served the above and foregoing document pursuant to the CM/ECF system on all counsel having entered an appearance.

s/<em>J. Spencer Bryan</em><br>
J. Spencer Bryan