# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   DUSTIN LANCE,<br><br>         Plaintiff,<br><br>v.<br><br>(2)   BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITTSBURG, STATE OF OKLAHOMA, *et al*.<br><br>         Defendants. | Case No.: 17-CV-378-RAW |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Doc. # 228) a status conference was held on November 22, 2021 at 10:30 a.m. Plaintiff appearing by Counsel Steven Terrill and Defendants appearing by Counsel Michael Carr and Carson Smith.

1. Disposition of the Case:

This case involves an alleged denial of medical treatment at the Pittsburg County Detention Center. This matter was actively litigated by numerous parties and their respective counsel prior to an appeal to the Tenth Circuit. The Tenth Circuit issued an Order which resulted in the continuation of Plaintiff's claims against Defendants Mike Smead, Dakota Morgan, Daniel Harper and Sheriff Chris Morris, in his official capacity.

Prior to the appeal, the Parties has completed discovery, Motions *In Limine* (MIL), Jury Instructions, and Trial Briefs. Given the passage of time and the numerous changes in the remaining claims and Defendants, the Parties conferred regarding the MIL's, Jury Instructions and Trial Briefs.

The Parties do not believe additional discovery is warranted and are not requesting any additional discovery. The Parties agree that to streamline the issues, it would be best for the Parties to submit new MIL's, Jury Instructions, and Trial Briefs. We believe this would be the most efficient manner to expedite handling the Pre-Trial briefing and clarify the remaining issues.

2. Settlement Conference:

The Parties participated in a settlement conference on May 7, 2019 before the Honorable Steven P. Shreder. A settlement was not reached at that time.

The Parties jointly agree that the circumstances and landscape of the present litigation is materially different than the last time a settlement conference was attempted. For this reason, the Parties agree and request that a settlement conference be attempted prior to Jury Trial.

3.  Trial Exhibits:

The Parties discussed and mutually agreed that the exchange of trial exhibits could be done electronically.

APPROVED:

s/Steven Terrill
Steven J. Terrill
Spencer Bryan
Bryan & Terrill Law, PLLC
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
T: 9189352777
sjterrill@bryanterrill.com
*Attorneys for Plaintiff*

s/ Michael Carr                                                (*approved to file)
Andy A. Artus, OBA No. 16169
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:     (405) 524-2070
Facsimile:     (405) 524-2078
*Attorney for Defendants Board of County*
*Commissioners of Pittsburg County,*
*Oklahoma, Chris Morris, Sheriff of Pittsburg County,*
*Dakota Morgan*

s/ Carson C. Smith              (*approved to file)
Robert S. Lafferrandre, OBA No. 11897
Carson C. Smith, OBA No. 22303
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma  73106
Telephone:                                                    (405) 235-1611
Facsimile:                                                     (405) 235-2904
rlafferrandre@piercecouch.com
csmith@piercecouch.com
*Attorneys for Defendants Deputy Mike Smead*