UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DUSTIN LANCE, | | |
| Plaintiff, | | |
| v. | | Case No.: CIV-17-378-RAW |
| (2) BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY, OKLA., *et al*. | | |
| Defendants. | | |

**PLAINTIFF'S UNOPPOSED MOTION TO SET CASE FOR STATUS CONFERENCE**

Pursuant to the Local Rules, Plaintiff Dustin Lance respectfully requests the Court set this case for status conference. Plaintiff would state as follows:

1. On April 2, 2021, the Tenth Circuit denied Defendants' motion for rehearing and remanded the case.

2. On November 17, 2021, this Court ordered the parties to submit a status report. (Doc. 228).

3. On November 30, 2021, the parties filed a status report, (Doc. 229), and the case was scheduled for a settlement conference. (Doc. 230).

4. On March 10, 2022 the parties attended the settlement conference but did resolve the case. (Doc. 234).

5. Accordingly, the parties respectfully request the Court schedule this matter for a status conference to address the scheduling and preparation for trial.

**WHEREFORE**, Plaintiff respectfully requests the Court grant the motion and enter such other relief as the Court deems just and equitable.

Respectfully submitted,

BRYAN & TERRILL

s/J. Spencer Bryan
Steven J. Terrill, OBA #20869
J. Spencer Bryan, OBA #19419
BRYAN & TERRILL LAW
3015 E. Skelly Dr., Suite 400
Tulsa, OK 74105
T/F: (918) 935-2777
jsbryan@bryanterrill.com
*Attorneys for Plaintiff*