IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

1) DUSTIN LANCE,

Plaintiff,

v. Case No. CV-17-378-RAW

1) BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY, OKLA.,
2) CHRIS MORRIS, Sheriff of Pittsburg County, Okla., in his official capacity,
3) MIKE SMEAD, in his individual capacity,
4) DAKOTA MORGAN, in his individual capacity,
5) EDWARD MORGAN, in his individual capacity,
6) STEPHEN SPARKS, in his individual capacity,
7) MCALESTER REGIONAL HEALTH d/b/a McAlester Regional Hospital,
8) Gary R. Lee, M.D.,
9) JOEL KERNS, former Sheriff of Pittsburg County, in his individual capacity
10) DANIEL HARPER, in his individual capacity

Defendants.

**MOTION AND BRIEF TO WITHDRAW AS COUNSEL OF RECORD**

Taylor M. Riley of the law firm of Collins, Zorn & Wagner, PLLC, counsel of record for Defendants Board of County Commissioners of Pittsburg County, Oklahoma, Sheriff Chris Morris, in his official capacity, Daniel Harper and Dakota Morgan in the above-referenced matter respectfully requests that the Court grant her permission to withdraw as counsel of record for Defendants Board of County Commissioners of Pittsburg County, Oklahoma, Sheriff Chris Morris, in his official capacity, Daniel Harper and Dakota Morgan because she will be leaving Collins, Zorn & Wagner, PLLC effective May 19, 2022. Andy A. Artus, Jamison C. Whitson,

and Michael L. Carr (Docs. 4, 29 and 56) previously entered appearances in this matter and will continue to represent the Defendants Board of County Commissioners of Pittsburg County, Oklahoma, Sheriff Chris Morris, in his official capacity, Daniel Harper and Dakota Morgan in this matter.

As such, the undersigned respectfully requests that this Court enter an Order allowing her to withdraw as attorney of record for Defendant Board of County Commissioners of Muskogee County, Oklahoma. A proposed Order is being submitted with this Motion.

Respectfully submitted,

s/ Taylor M. Riley

Taylor M. Riley, OBA No. 33291
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: tmr@czwlaw.com

*Attorney for Defendants Board of County Commissioners of Pittsburg County, Oklahoma, Sheriff Chris Morris, Dakota Morgan, and Daniel Harper*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J. Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Dr., Ste. 400
Tulsa, OK 74105
Email: jsbryan@bryanterrill.com
sjterrill@bryanterrill.com
*Attorneys for Plaintiff*

Robert S. Lafferrandre
Carson C. Smith
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
*Attorneys for Defendants*
*Deputy Mike Smead and*
*Deputy Edward Morgan*

David A. Russell
Emily Jones Ludiker
John Paul Yeager
RODOLF & TODD
15 West 5th Street, 6th Floor
Tulsa, OK 74103
Email : david@rodolftodd.com
Emily@rodolftodd.com
john@rodolftodd.com
*Attorneys for Defendant,*
*McAlester Regional Health Center*

s/ Taylor M. Riley
Taylor M. Riley