UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | DUSTIN LANCE, | |
| | Plaintiff, | |
| v. | | Case No.: CIV-17-378-RAW |
| (2) | BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY, OKLA., *et al*. | |
| | Defendants. | |

## JOINT STATUS REPORT

Pursuant to Court order (Doc. 237), the parties submit the following Joint Status Report.

### I.   CURRENT STATUS OF THE CASE

#### A.   PRIOR ATTEMPTS AT RESOLUTION

Multiple prior attempts at resolution have been unsuccessful, and the parties do not believe a future settlement conference will produce different results.

#### B.   PRETRIAL FILINGS

The parties have submitted the following pretrial filings:

- Motions in limine (Docs. 148, 152, and 153);
- Agreed proposed jury instructions (Doc. 191);
- Trial briefs (Docs. 185, 190).

## II. OUTSTANDING TASKS PRIOR TO APPEAL

The outstanding items on the scheduling order (Doc. 85) remaining at the time of the appeal include the following:

- Exchange of pre-marked exhibits;
- Exchange of demonstrative exhibits/aids;
- Deposition designations, counter-designations, and objections thereto;
- Pretrial conference.

## III. REMAINING ISSUES FOLLOWING REMAND/ PRETRIAL SUBMISSIONS

The Tenth Circuit's opinion in this matter announced a change in the law that merits revision to the proposed jury instructions. Similarly, due to the appellate opinion and the different parties and posture, the parties wish to be able to re-submit updated motions in limine, trial briefs and to submit a proposed pretrial order and proposed jury instructions as well.

## IV. TRIAL

Consistent with GO-22-03 and 28 U.S.C. § 141(b)(1), Plaintiff respectfully submits this case is a candidate for trial by special session.

Defendants' position: The Defendants have no objection to this matter being heard in the Western District, or in the Eastern District with a Western District Judge. However, the Defendants maintain their right to have a jury pulled from the Eastern District of Oklahoma.

## V. Current Status Conference Setting

Defendant Smead's lead trial counsel has a conflict for the current setting of May 26, 2022, but if the conference goes forward, he will ensure an attorney from his office appears for Defendant Smead.

Respectfully submitted,

BRYAN & TERRILL

s/Steven J. Terrill
Steven J. Terrill, OBA #20869
J. Spencer Bryan, OBA #19419
BRYAN & TERRILL LAW
3015 E. Skelly Dr., Suite 400
Tulsa, OK 74105
T/F: (918) 935-2777
jsbryan@bryanterrill.com
*Attorneys for Plaintiff*

s/ Michael L. Carr
Michael L. Carr, OBA No. 17805
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:    (405) 524-2070
Facsimile:    (405) 524-2078
Email:        mlc@czwlaw.com

*Attorney for Defendant Board of County Commissioners of Pittsburg County, Sheriff Chris Morris, Dakota Morgan, and Daniel Harper*

        s/ Carson C. Smith
Robert S. Lafferrandre, OBA No. 11897
Carson C. Smith, OBA No. 22303
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma  73106
Telephone:     (405) 235-1611
Facsimile:      (405) 235-2904
rlafferrandre@piercecouch.com
csmith@piercecouch.com
*Attorneys for Defendant*
*Mike Smead*