# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| DUSTIN LANCE | ) | | |
| Plaintiff | ) | Case No. | CIV-17-378-RAW |
| | ) | | |
| v. | ) | Date: | 5/26/2022 |
| | ) | | |
| CHRIS MORRIS, et al., | ) | Time: | 9:56 a.m. – 10:13 a.m. |
| Defendant. | ) | | |
| | ) | | |

### MINUTE SHEET - STATUS CONFERENCE

U.S. District Court Judge Ronald A. White    T. Stephens, Deputy Clerk    No Reporter
Chambers- Courtroom 227

**Counsel for Plaintiff**:
Steven J. Terrill
**Counsel for Defendants Morris, Morgan and Hooper:**
Michael Carr
**Counsel for Defendant Smead**
John Kim

**Minutes:**

Comes on for Status Conference. Discussion regarding the case, court's calendar, number of days needed for trial and bench conferences. Court directed Counsel to meet and confer and to submit a proposed Scheduling Order for the Court's consideration.

Nothing further.

Adjourned.