UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF OKLAHOMA

(1) DUSTIN LANCE,

      Plaintiff,

v.                                                                                            Case No.: CIV-17-378-RAW

(2) BOARD OF COUNTY
COMMISSIONERS OF
PITTSBURG COUNTY, OKLA.,
*et al*.

      Defendants.

**AGREED SECOND AMENDED SCHEDULING ORDER**

Pursuant to the recent Status Conference (Doc. 242), the parties submit the following Agreed Second Amended Scheduling Order:

A. PRETRIAL SCHEDULES:

| | | |
|---|---|---|
| 1. | Motions In limine and Daubert Issues Filed | August 25, 2022 |
| 2. | Agreed proposed jury instructions | September 15, 2022 |
| 3. | Trial briefs | September 15, 2022 |
| 4. | Exchange of pre-marked exhibits | September 15, 2022 |
| 5. | Exchange of demonstrative exhibits/aids | September 15, 2022 |
| 6. | Deposition designations, counter-designations, and objections thereto; | September 15, 2022 |
| 7. | Agreed pretrial order due | Two weeks before pretrial conference |
| 8. | Pretrial Conference and Jury Trial dates | to be set by the Court at a later date. |

Dated this 11th day of July, 2022.

Ronald A. White
United States District Judge
Eastern District of Oklahoma

APPROVED:

s/Steven Terrill
Steven J. Terrill
Spencer Bryan
Bryan & Terrill Law, PLLC
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
T: 9189352777
sjterrill@bryanterrill.com
*Attorneys for Plaintiff*

s/ Michael Carr (signed by permission)
Andy A. Artus, OBA No. 16169
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
*Attorney for Defendants Board of County
Commissioners of Pittsburg County,
Oklahoma, Chris Morris, Sheriff of Pittsburg County,
Dakota Morgan*

s/ Carson C. Smith  (signed by permission)
Robert S. Lafferrandre, OBA No. 11897
Carson C. Smith, OBA No. 22303
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
csmith@piercecouch.com
*Attorneys for Defendants Deputy Mike Smead*