IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  DUSTIN LANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. CV-17-378-RAW |
| ) | **JURY TRIAL DEMANDED** |
| 1) CHRIS MORRIS, Sheriff of Pittsburg ) | |
| County, Okla., in his official capacity, ) | |
| 2)  MIKE SMEAD, in his ) | |
| individual capacity, ) | |
| 3)  DAKOTA MORGAN, in his ) | |
| individual capacity, ) | |
| 4) DANIEL HARPER, in his ) | |
| individual capacity ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS CHRIS MORRIS, DAKOTA MORGAN AND DANIEL HARPER'S DESIGNATIONS OF DEPOSITION TESTIMONY

Comes now Defendants, Chris Morris, Dakota Morgan and Daniel Harper, by and through respective counsel of record, hereby submit, pursuant to Fed. R. Civ. P. 32(a)(4)(B) and (D), the following deposition designations from the deposition testimony of Edward Morgan and Dr. Gary R. Lee, M.D.:

| Edward Morgan | Dr. Gary R. Lee, M.D. |
|---|---|
| **PAGE/LINES** | **PAGE/LINES** |
| 5: 8-10 | 5:8-10 |
| 9: 8-23 | 8:19-9:2 |
| 13:25-14:15 | 16:9-17:12 |
| 14:21-15:1 | 27:19-28:9 |
| 16:19-21 | 29:3-10 |
| 24:2-25:2 | 34:13-35:1 |
| 29:6-19 | 35:9-22 |
| 30:15-21 | 37:17-23 |
| 32:13-21 | 38:12-20 |
| 32:24-33:4 | 39:24-40:16 |

| | | |
|---|---|---|
| 33:6-16 | | 44:21-45:9 |
| 36:2-8 | | 48:11-25 |
| 37:4-23 | | 49:5-15 |
| 42:17-21 | | 50:1-25 |
| 43:12-16 | | 57:3-4, 6-14, 16-19 |
| 47:4-8 | | 58:2-20 |
| 48:18-25 | | 58:25-59:9 |
| 49:9-50:5 | | 63:23-64:3 |
| 59:19-60:2 | | 64:6-12, 20-25 |
| 73:14-21 | | 69:1-9, 11-18 |
| 83:8-12 | | 70:15-19, 24-25 |
| 83:24-84:3 | | 71:4-13 |
| 84:5-15, 17-20, 22-25 | | 72:21-22, 25 |
| 85:2-13 | | 73:12-25, 18-24 |
| 85:18-86:9 | | 74:1-14 |
| 86:11-87:2 | | 75:4-17 |
| 87:11-14, 16-24 | | 80:11-15 |
| 88:11-89:11, 13 | | 81:3-82:7 |
| 89:22-91:23 | | |
| 91:25 | | |
| 92:9-93:8 | | |
| 93:10-11, 17-19, 21 | | |
| 95:20-96:17 | | |
| 98:16-22, 24 | | |
| 99:15-100:12 | | |
| 101:8-16, 18-102:4 | | |
| 102:6-10, 12-23 | | |
| 103:5-12 | | |
| 104:6-10 | | |
| 106:23-107:6 | | |
| 108:13-21 | | |
| 109:14-110:1 | | |
| 112:2-113:16 | | |
| 114:3-12 | | |
| 114:22-116:1 | | |
| 120:22-121:7 | | |
| 121:9-11 | | |

Respectfully submitted,

s/ Andy A. Artus
Andy A. Artus, OBA No. 16169
W.R. Moon, OBA No. 32079
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:	(405) 524-2070
Facsimile:	(405) 524-2078
Email:	aaa@czwlaw.com
	wrm@czwlaw.com

*Attorney for Defendant Board of County Commissioners of Pittsburg County, Sheriff Chris Morris, Dakota Morgan, Stephen Sparks and Daniel Harper*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

J. Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
Email: jsbryan@bryanterrill.com
	sjterrill@bryanterrill.com
*Attorneys for Plaintiff*

Robert S. Lafferrandre
Carson C. Smith
John H. Kim
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
*Attorneys for Defendants Deputy Mike Smead and Deputy Edward Morgan Seth D. Coldiron*

3

GOOLSBY, PROCTOR, HEFENER
  & GIBBS, P.C.
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
*Attorneys for Defendant, Joel Kerns*

David A. Russell
Emily Jones Ludiker
John Paul Yeager
RODOLF & TODD
15 West 5th Street, 6th Floor
Tulsa, OK 74103
Email : david@rodolftodd.com
       Emily@rodolftodd.com
       john@rodolftodd.com
*Attorneys for Defendant,*
*McAlester Regional Health Center*

                              s/ Andy Artus
                              Andy Artus