# UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DUSTIN LANCE,<br><br>Plaintiff,<br><br>v.<br><br>(2) BOARD OF COUNTY COMMISSIONERS OF PITTSBURG COUNTY, OKLA., *et al*.<br><br>Defendants. | Case No.: CIV-17-378-RAW |

## PLAINTIFF'S NOTICE OF PRIOR FILING

Plaintiff Dustin Lance hereby provides notice to the Court and refers back to the Plaintiff's Trial Brief and Objections to Defendants' Proposed Jury Instructions filed on September 15, 2022, [Doc. #263] and Agreed Jury Instructions filed on September 14, 2022. [Doc. #259]. Plaintiff will file his updated jury instructions and verdict forms by separate filing.

s/*Steven J. Terrill*
Steven J. Terrill, OBA No. 20869
J. Spencer Bryan, OBA No. 19419
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
Tele/Fax:      (918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com
*Attorneys for Dustin Lance*