# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| DUSTIN LANCE | ) | | |
| Plaintiff | ) | Case No. | CIV-17-378-RAW |
| | ) | | |
| v. | ) | Date: | 4/13/2023 |
| | ) | | |
| CHRIS MORRIS, et al., | ) | Time: | 9:29 a.m. – 10:20 a.m. |
| Defendant. | ) | | |
| | ) | | |

## MINUTE SHEET – PRETRIAL CONFERENCE

U.S. District Court Judge Ronald A. White    T. Stephens, Deputy Clerk    No Reporter
Conference Room 210

**Counsel for Plaintiff:**
Steven J. Terrill and Daniel Smolen
**Counsel for Defendants Morris, Morgan and Hooper:**
Andy Artus and W.R. Moon, Jr.
**Counsel for Defendant Smead**
Carson C. Smith and Braden Hoffmann

**Minutes:**

Came on for Pretrial Conference. Counsel advised that the case is ready for trial and that discovery is complete. Parties consented to a magistrate judge conducting jury selection. Consent executed and to be filed of record**. (RAW)** Court addressed the Proposed Pretrial Order. Discussion regarding video trial depositions, Dr. Lee's and Dr. Milsten's trial testimony, stipulations and exhibits. Court advised that pre-admission of exhibits will be conducted right before trial begins. Plaintiff estimates that 5 days will be needed for trial. Court advised it would allow Plaintiff 20 minutes and Defendants 15 minutes each for opening statements. Further discussion regarding evidentiary concerns, bench conferences, experts, jury instruction question, and time for closing arguments.

Court directed Counsel to submit the Revised Pretrial Order by Wednesday, 4/19/2023, and to exchange demonstrative exhibits as soon as possible.

Court advised jury selection would be conducted on 4/24/2023 at 9:00 am with the jury trial to commence on 4/24/2023 at 1:00 pm.

Nothing further. Adjourn.