UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUSTIN LANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CR-17-378-RAW |
| | ) | |
| CHRIS MORRIS, et al., | ) | Date:     4/24/2023 |
| | ) | |
| Defendant. | ) | Time:    9:06 a.m. – 11:10 a.m. |

## MINUTE SHEET - VOIR DIRE/JURY SELECTION

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | Reporter – J. Smith |
| | S. Donnelly, Term Clerk | FTR Courtroom 2 |
| | P. Bruce, Deputy Clerk | |
| | T. Moore, Deputy Clerk | |

**Counsel for Plaintiff:**   J. Spencer Bryan and Steven J. Terrill, present with Plaintiff

**Counsel for Defendants Chris Morris, Dakota Morgan, and Daniel Harper:**   W.R. Moon, Jr. and Andy Artus, present with Defendants Morris, Morgan, and Harper

**Counsel for Defendant Mike Smead:**   Carson C. Smith and Braden Hoffmann, present with Defendant Smead

**MINUTES:**   Counsel and parties present. Jurors present in the courtroom. Introductions and preliminary instructions by Court. 19 jurors sworn. Voir dire by Court and counsel. Parties pass jurors for cause. Challenges by counsel. 8 jurors chosen to try the case. Jurors instructed to return on April 24, 2023, at 12:30 p.m. for commencement of the jury trial before Judge Ronald A. White in Courtroom 2.  Nothing further by either party. Court adjourned. (GLJ)