# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | | |
|---|---|---|---|---|
| DUSTIN LANCE | ) | | | |
| Plaintiff | ) | Case No. | CIV-17-378-RAW |
| | ) | | |
| v. | ) | Date: | 4/25/2023 |
| | ) | | |
| CHRIS MORRIS, et al., | ) | Time: | 6 hours 8 minutes |
| Defendants. | ) | | |

### MINUTE SHEET – JURY TRIAL

U.S. District Court Judge Ronald A. White     T. Stephens, Deputy Clerk     Joanna Smith, Court Reporter
FTR – Courtroom 2, Rm 224

**Counsel for Plaintiff**: Steven J. Terrill and J. Spencer Bryan
**Counsel with Defendants Morris, Morgan and Hooper:** Andy Artus and W.R. Moon, Jr.
**Counsel with Defendant Smead:** Carson C. Smith and Braden Hoffmann

| TIME | MINUTES |
|---|---|
| 8:56 a.m. | RECONVENE JURY IN. Plaintiff's evidence continues.<br>2)   Witness: Dustin Lance |
| 10:25 a.m. | JURY OUT. RECESS |
| 10:45 a.m. | RECONVENE JURY IN. Plaintiff's evidence continues.<br>2) Witness: Dustin Lance |
| 11:13 a.m. | 3) Witness: Dr. Gary Lee - not present, deposition transcript read into the record |
| 11:43 a.m. | JURY OUT. Discussion regarding witness schedule. |
| 11:45 a.m. | RECESS |
| 12:58 p.m. | RECONVENE. JURY IN. Plaintiff's evidence continues.<br>4) Witness: Dr. Oren Miller |
| 2:24 p.m. | JURY OUT. Discussion regarding witness schedule. |
| 2:26 p.m. | RECESS |
| 2:46 p.m. | RECONVENE JURY IN. Plaintiff's evidence continues.<br>5) Witness:   Michael Crawley |
| 3:14 p.m. | 6) Witness: Edvardo David Walker |

3:45 p.m.	7) Witness:   Michael Smead

4:48 p.m.	Court excused jury and directed them to return on 4/26/2023 at 8:45 a.m. JURY OUT. Discussion regarding witness schedule, trial schedule and case.

4:57 p.m.	Nothing further. RECESS. Jury Trial to continue 4/26/2023 at 9:00 a.m.