# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| DUSTIN LANCE | ) | | |
| Plaintiff | ) | Case No. | CIV-17-378-RAW |
| | ) | | |
| v. | ) | Date: | 4/26/2023 |
| | ) | | |
| CHRIS MORRIS, et al., | ) | Time: | 5 hours 57 minutes |
| Defendants. | ) | | |

### MINUTE SHEET – JURY TRIAL

U.S. District Court Judge Ronald A. White    T. Stephens, Deputy Clerk    Joanna Smith, Court Reporter
FTR – Courtroom 2, Rm 224

**Counsel for Plaintiff**: Steven J. Terrill and J. Spencer Bryan
**Counsel with Defendants Morris, Morgan and Hooper:** Andy Artus and W.R. Moon, Jr.
**Counsel with Defendant Smead:** Carson C. Smith and Braden Hoffmann

| TIME | MINUTES |
|---|---|
| 8:57 a.m. | RECONVENE JURY IN. Plaintiff's evidence continues.<br>7) Witness:  Michael Smead |
| 9:38 a.m. | Defendant's expert allowed to be taken out of turn. Defendant's evidence:<br>1)   Witness: Dr. Marc Milsten |
| 10:33 a.m. | JURY OUT. Discussion regarding case. |
| 10:40 a.m. | RECESS |
| 11:00 a.m. | RECONVENE JURY IN. Plaintiff's evidence reconvenes.<br>8) Witness: Dr. Stephen Confer by video trial deposition |
| 11:57 a.m. | JURY OUT. Discussion regarding case. |
| 11:59 a.m. | RECESS |
| 1:18 p.m. | RECONVENE JURY IN. Plaintiff's evidence continues.<br>8) Witness: Dr. Stephen Confer by video trial deposition |
| 2:17 p.m. | 9) Witness: Daniel Harper |
| 3:15 p.m. | JURY OUT. Plaintiff makes record regarding a previous called witness. Defense counsel responded and made Oral Motion in Limine. Plaintiff responded. Motion granted. (RAW) Further discussion regarding case. |

| | |
|---|---|
| 3:23 p.m. | RECESS |
| 3:45 p.m. | RECONVENE. JURY IN. Plaintiff's evidence continues.<br>9) Witness: Daniel Harper |
| 4:12 p.m. | 10) Witness: Joel Kerns |
| 4:53 p.m. | Court excused jury and directed them to return on 4/27/2023 at 8:45 a.m.<br><br>JURY OUT. |
| 4:55 p.m. | Nothing further. RECESS. Jury Trial to continue on 4/27/2023 at 9:00 a.m. |