# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| DUSTIN LANCE | ) | | |
| Plaintiff | ) | Case No. | CIV-17-378-RAW |
| | ) | | |
| v. | ) | Date: | 4/27/2023 |
| | ) | | |
| CHRIS MORRIS, et al., | ) | Time: | 4 hours 17 minutes |
| Defendants. | ) | | |

### MINUTE SHEET – JURY TRIAL

U.S. District Court Judge Ronald A. White    T. Stephens, Deputy Clerk    Joanna Smith, Court Reporter
FTR – Courtroom 2, Rm 224

**Counsel for Plaintiff**: Steven J. Terrill and J. Spencer Bryan
**Counsel with Defendants Morris, Morgan and Hooper:** Andy Artus and W.R. Moon, Jr.
**Counsel with Defendant Smead:** Carson C. Smith and Braden Hoffmann

| TIME | MINUTES |
|---|---|
| 8:55 a.m. | RECONVENE. JURY OUT. Discussion regarding case and witness schedule. |
| 9:07 a.m. | JURY IN. Plaintiff's evidence continues.<br>11) Witness:  Dakota Morgan |
| 10:14 a.m. | 12) Witness: Chris Morris |
| 10:17 a.m. | JURY OUT. Discussion regarding case and witness schedule. |
| 10:19 a.m. | RECESS |
| 10:43 a.m. | RECONVENE JURY IN. Plaintiff's evidence continues<br>13) Witness: John Lance |
| 11:21 a.m. | Plaintiff rested. |
| 11:22 a.m. | JURY OUT. Defendants moved for judgment as a matter of law with argument. Plaintiff responded with argument. Motions DENIED. (RAW)<br><br>Discussion regarding trial schedule. Court advised it would allow Plaintiff 45 minutes for closing and Defendants 35 minutes for closing. |
| 11:41 a.m. | RECESS |

| | |
|---|---|
| 1:18 p.m. | RECONVENE. JURY IN. Defendants' evidence reconvenes.<br>2) Witness: Julian Wheeland |
| 1:43 p.m. | 3) Witness: John Perteet, Jr. |
| 2:05 p.m. | 4) Witness: Edward Tyler Morgan |
| 3:10 p.m. | Court explained trial schedule to jury and excused them to return on 4/28/2023 at 8:45 a.m. |
| 3:12 p.m. | JURY OUT. Court directed Counsel to meet and confer regarding jury instructions. |
| 3:13 p.m. | RECESS. Jury Trial to continue 4/28/2023 at 8:30 a.m. |