

APR 2 8 2023

BONNIE HACKLER
Clerk, U.S. District Court

_____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

DUSTIN LANCE,
   *Plaintiff,*

v.

1. CHRIS MORRIS, in his official capacity as Sheriff of Pittsburg County, Oklahoma,

2. MIKE SMEAD, individually,

3. DAKOTA MORGAN, individually,

4. DANIEL HARPER, individually,
   *Defendants.*

Case No. 17-CIV-378-RAW

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above-referenced case, do, upon our oaths, find the issues as follows:

### PART I – LIABILITY

Do you find that Plaintiff has proven by a preponderance of the evidence that the Defendants violated his constitutional rights?

*(Check only one as to each Defendant.)*

1. Mike Smead:             YES ____   NO ✓
2. Dakota Morgan:          YES ____   NO ✓
3. Daniel Harper:          YES ____   NO ✓
4. Sheriff Chris Morris, in his official capacity:   YES ✓   NO ____

> **INSTRUCTION**: If you answered **YES to any** of the above questions, proceed to the next section on damages. If, however, you answered **NO to all** of the above questions, your job is complete, and the foreperson should now sign and date this Verdict Form on the last page.

### PART II – DAMAGES

If you found that any of the Defendants violated Plaintiff's constitutional rights, you must next determine the amount of his damages, if any.

*(If you found that any of the Defendants violated Plaintiff's constitutional rights, but that Plaintiff did not prove any damages, you must award one dollar.)*

TOTAL DAMAGES: $ 200,000.

> **INSTRUCTION**: If you awarded damages over one dollar, proceed to the next question. If, however, you found that Plaintiff did not prove any damages, your job is complete, and the foreperson should now sign and date this Verdict Form on the last page.

If you found that Plaintiff proved actual damages, then for each Defendant you found violated Plaintiff's constitutional rights, you must determine the amount of damages attributable to that Defendant. (*The combined amount must equal the TOTAL AMOUNT you found above.*)

1. Mike Smead:        $ NA  ∅
2. Dakota Morgan:     $ NA  ∅
3. Daniel Harper:     $ NA  ∅
4. Sheriff Chris Morris, in his official capacity: $ 200,000.—

DATED this ____ day of April, 2023.

_____
Foreperson Signature

_____
Foreperson Printed Name