IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) DUSTIN LANCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1) CHRIS MORRIS, Sheriff of Pittsburg )<br>County, Okla., in his official capacity, )<br>2) MIKE SMEAD, in his )<br>individual capacity, )<br>3) DAKOTA MORGAN, in his )<br>individual capacity, )<br>4) DANIEL HARPER, in his )<br>individual capacity )<br>)<br>Defendants. ) | Case No. CV-17-378-RAW<br>**JURY TRIAL DEMANDED** |

## RELEASE AND SATISFACTION OF JUDGMENT AND AWARD OF ATTORNEY'S FEES

The undersigned does hereby acknowledge receipt from, and that Defendant Chris Morris, in his official capacity, as Sheriff of Pittsburg County, Oklahoma, has rendered payment in satisfaction of the Journal Entry of Judgment [Dkt. 321] in the amount of $200,000.00 and the Court's Order granting in part and denying in part Plaintiff's Motion for Attorney's Fees and Prejudgment Interest [Dkt. 351] in the amount of $529,787.00. The Court denied all parties' Bill of Costs, finding all parties should bear their own costs. [Dkt. 353]. The total above sums received are accepted in full payment and satisfaction for the Judgments entered by this Court on May 2, 2023 [Dkt. 321] and for the attorney's fees awarded by this Court on September 5, 2023 [Dkt. 351]. The Plaintiff, Dustin Lance, through his attorney undersigned does hereby release, acquit, and forever discharge Chris Morris, in his official capacity, as Sheriff of Pittsburg County, Oklahoma, of and from all

liability to and demand of the Plaintiff, Dustin Lance, and his attorneys undersigned, in response to said cause and judgment.

This Release shall be filed in the office of the Clerk of said Court, and the said Clerk is hereby authorized and directed to enter said Release on the Judgment Docket of said Court and to release the said judgment and award of attorney's fees of record.

Respectfully submitted,

J. Spencer Bryan, OBA # 19419
Steven J. Terrill, OBA # 20869
BRYAN & TERRILL, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
Email: jsbryan@bryanterrill.com
sjterrill@bryanterrill.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Andy A. Artus
W.R. Moon
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Email: aaa@czwlaw.com
wrm@czwlaw.com

*Attorney for Defendants
Sheriff Chris Morris,
Dakota Morgan, and
Daniel Harper*

Robert S. Lafferrandre, OBA #11897
Carson C. Smith, OBA #22303
John H. Kim, OBA #31613
Randall J. Wood, OBA #10531
Braden M. Hoffmann, OBA #33910
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106

*Attorneys for Defendants*
*Deputy Mike Smead and*
*Deputy Edward Morgan*